# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Susan Peacock, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF** |
| Commonwealth Financial Systems, Inc, | |
| Defendant. | **JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because Defendant resides in this district under 28 U.S.C. §1391(c).

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect a debt from Plaintiff allegedly owed to Sallie Mae, which is a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around February 11, 2010, Plaintiff mailed Defendant a letter instructing Defendant to cease all telephonic communications to Plaintiff regarding the debt.

6. Defendant received this letter on or around February 16, 2010.

7. Despite Plaintiff's notice, Defendant telephoned Plaintiff on several occasions thereafter in connection with the collection of the debt.

8. On or around March 17, 2010, Defendant sent Plaintiff a letter in connection with the collection of the debt.

9. In this letter, Defendant falsely represented that it would refer Plaintiff's file to outside counsel for legal action if Plaintiff did not make arrangements to pay the debt within five days of the date of the letter, despite the fact that Defendant had no intent to do so.

10. Defendant caused Plaintiff emotional distress.

11. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

12. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

13. Defendant violated 15 U.S.C. §1692c(C) by communicating with Plaintiff despite receipt of Plaintiff's written request that Defendant cease further communications to Plaintiff.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## JURY DEMAND

16. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

17. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff